**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

<u>Sherman</u>  _____ **DIVISION**

Morris Crowder

§

v.                                    §           CIVIL ACTION NO.  4:12-CV-119

American General Life & Accident          §
Insurance Company

**MEDIATOR'S REPORT**

In accordance with the Court's Order, a mediation conference was held on <u>10/31/2012</u>.

The conference resulted in <u>settlement</u> (settlement, impasse or will be continued).  All

parties and counsel were/were not present.  (List those persons who were not present).

All parties and counsel were present as agreed.

Note from the Mediator (if any):

SIGNED this <u>31</u> day of <u>October</u>, <u>2,012</u>.

*Gene Roberts*
_____
Assigned Mediator